UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER KUHL,

    Plaintiff,

v.                              Case No. 8:17-cv-394-T-33AEP

NANCY A. BERRYHILL, Acting
Commissioner of Social
Security,

    Defendant.
_____/

**<u>ORDER</u>**

This matter comes before the Court upon consideration of United States Magistrate Judge Anthony E. Porcelli's Report and Recommendation (Doc. # 4), entered on March 6, 2017. Judge Porcelli recommends that Plaintiff Jennifer Kuhl's construed motion for leave to proceed *in forma pauperis* be denied and Kuhl be given until April 3, 2017, to pay the filing fee. (<u>Id.</u>). The time for filing objections has passed and Kuhl has not filed any objection to the Report and Recommendation. The Report and Recommendation is adopted, Kuhl's construed motion to proceed *in forma pauperis* is denied, and Kuhl shall pay the filing fee by April 3, 2017.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. <u>See</u> <u>Cooper-Houston v. S. Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

The Court has conducted a careful and complete review of the findings, conclusions, and recommendations, and has reviewed matters of law *de novo.* Given that Kuhl's joint income exceeds her monthly expenses by well over $1,000, the Court agrees that she does not meet the requirements to proceed *in forma pauperis*.

Accordingly, it is now

2

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1) Judge Porcelli's Report and Recommendation (Doc. # 4) is **ACCEPTED** and **ADOPTED**.

(2) Plaintiff Jennifer Kuhl's construed motion to proceed *in forma pauperis* (Doc. # 2) is **DENIED**.

(3) Kuhl shall pay the filing fee by April 3, 2017. Failure to do so will result in this action being dismissed without further notice.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 21st day of March, 2017.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

3